**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DANNY LEE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-02448-JD |
| | ) | |
| FNU SALYERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Currently before the Court is the Report and Recommendation ("R. & R.") of United States Magistrate Judge Shon T. Erwin [Doc. No. 4] regarding Plaintiff's motion for leave to proceed in forma pauperis ("Motion") [Doc. No. 2]. For the reasons outlined below, the Court accepts the R. & R.

The Court referred the Motion to Judge Erwin pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 3]. The R. & R. recommends that the Court deny Plaintiff's Motion and order Plaintiff to pay the full filing fee of $405.00. [Doc. No. 4 at 2]. The R. & R. bases its recommendation on the conclusion that Plaintiff has sufficient funds to prepay the filing fee. [*Id.* at 1]. The R. & R. advised Plaintiff of his right to object to the R. & R. by filing an objection with the Clerk of Court by October 16, 2026, and explained that failure to timely object to the R. & R. waives appellate review of the recommended ruling. [*Id.* at 2 (citing *Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010))]. Plaintiff did not timely object to the R. & R., and the record reflects that Plaintiff paid the filing fee of $405.00 on October 20, 2026. [*See* Doc. No. 6].

"[A] party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996). By not objecting to a magistrate judge's report and recommendation, a party waives the right to challenge the legal and factual basis for the magistrate judge's decision. *See Ayala v. United States*, 980 F.2d 1342, 1352 (10th Cir. 1992) (holding that the plaintiffs "waived their right to appeal the magistrate's ruling" because they did not file any objections); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991) ("Our waiver rule provides that the failure to make timely objection to the magistrate's findings or recommendations waives appellate review of both factual and legal questions.").

With no objection being filed, and upon review of the record, the Court accepts the R. & R. and denies the Motion. Alternatively, although the Court is not required to review the record and law de novo because Plaintiff has not timely objected, the Court has done so and determines it should adopt the R. & R. in full.

Accordingly, the Court ACCEPTS the Report and Recommendation [Doc. No. 4] and DENIES Plaintiff's motion for leave to proceed in forma pauperis [Doc. No. 2].

IT IS SO ORDERED this 23rd day of October 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE